40 So.2d 888

**EMERGENCY AID LIFE ASSOCIATION**
v. Myrtle J. GAMBLE.

4 Div. 554.

Supreme Court of Alabama.

May 26, 1949.

J. C. Fleming, of Elba, and Carl S. Farmer, of Abbeville, for petitioner.

G. D. Halstead, of Headland, opposed.

BROWN, Justice.

Petition of Emergency Aid Life Association for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Emergency Aid Life Association v. Gamble, 40 So.2d 887.

We have examined the petition for certiorari in connection with the opinion of the Court of Appeals, and are not of the opinion that the writ of certiorari should issue.

The writ of certiorari is therefore denied.

Writ denied.

FOSTER, LAWSON and STAKELY, JJ., concur.